UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 19-61650-CIV-DIMITROULEAS

PATRICIA KENNEDY, Individually,

     Plaintiff,

vs.

COCONUT BAY OF KEY LARGO, INC.,
d/b/a Coconut Bay Resort,

     Defendant.

_____/

## ORDER APPROVING NOTICE OF VOLUNTARY DISMISSAL

THIS CAUSE is before the Court upon the Notice of Voluntary Dismissal Without

Prejudice ("Notice") [DE 16], filed herein on August 14, 2019. The Court has carefully

considered the Notice, and is otherwise fully advised in the premises.

Accordingly, it is **ORDERED AND ADJUDGED** as follows**:**

1. The Notice [DE 16] is hereby **APPROVED**;

2. This case is **DISMISSED WITHOUT PREJUDICE;**

3. The Clerk is directed to **CLOSE** this case and **DENY** any pending motions as

    moot.

**DONE AND ORDERED** in Chambers at Fort Lauderdale, Broward County, Florida this

14th day of August, 2019.

WILLIAM P. DIMITROULEAS
United States District Judge

Copies provided to:

Counsel of Record